JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| JOHN KANTARJI, | Case № 2:22-cv-04579-ODW (AFMx) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| JAMES RIVER INSURANCE COMPANY ET AL., | |
| Defendants. | |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action.  Each party shall bear its own costs and attorneys' fees.  The Court **VACATES** all dates and deadlines.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 16, 2022

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**